IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
APR - 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) CR. NO. | 2:07-CR-61-MHT |
| v. | ) | [18 USC 1344; |
| | ) | 18 USC 2 ] |
| | ) | |
| ADELEKE OLUTUBOSUN TAIWO, and | ) | |
| BANKOLE BABAJIDE BALOGUN | ) | **INDICTMENT** |

**The Grand Jury charges:**

## COUNT 1

On or about September 15, 2005, in Pike County, Alabama, and elsewhere within the Middle District of Alabama, the defendant,

ADELEKE OLUTUBOSUN TAIWO,

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud financial institutions and to obtain moneys, funds, assets, and other property owned by, and under the custody and control of, financial institutions, namely Regions Bank, N.A, and SouthTrust Bank, N.A., banks whose deposits were then insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses and representations. The scheme and artifice to defraud consisted of the defendant depositing a counterfeit check, purportedly drawn on the SouthTrust Bank, N.A. account of A.W., into the defendant's Regions Bank, N.A. account. The scheme resulted in the defendant fraudulently obtaining approximately $8,700 in bank funds. All in violation of Title 18, United States Code, Section 1344.

## COUNT 2

On or about February 24, 2006, in Montgomery County, Alabama, and elsewhere within the Middle District of Alabama, the defendants,

ADELEKE OLUTUBOSUN TAIWO, and
BANKOLE BABAJIDE BALOGUN,

while aiding and abetting one another, knowingly and willfully executed and attempted to execute a scheme and artifice to defraud financial institutions, and to obtain moneys, funds, assets, and other property owned by, and under the custody and control of, financial institutions, namely Wachovia, N.A., and Regions Bank, N.A., banks whose deposits were then insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses and representations. The scheme and artifice to defraud consisted of Balogun, at the direction of Taiwo, depositing a counterfeit check, purportedly drawn on the Wachovia, N.A. account of W.S. and B.S., into Taiwo's Regions Bank, N.A. account. The scheme resulted in the defendants fraudulently obtaining approximately $4,840 in bank funds. All in violation of Title 18, United States Code, Sections 1344 and 2.

A TRUE BILL:

Foreperson

LEURA G. CANARY
UNITED STATES ATTORNEY

Todd A. Brown
Assistant United States Attorney

2