IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.2:07cr61-MHT |
| | ) | |
| BANKOLE BABAJIDE BALOGUN | ) | |

## **ORDER**

For good cause, it is

ORDERED that the arraignment scheduled for the defendant, BANKOLE BABAJIDE BALOGUN, is CONTINUED to April 19, 2007 at 2:45 p.m. in the Courtroom 5A , Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama. It is further

ORDERED that the Public Defender shall appoint the next available panel attorney to represent the defendant for all further proceedings.

The United States Marshal is DIRECTED to produce the defendant for the arraignment.

DONE this 18th day of April 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE