**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **CR. NO.   2:07-CR-61-MHT** |
| ) | |
| **ADELEKE OLUTUBOSUN TAIWO** ) | |
| **and BANKOLE BABJIDE BALOGUN** ) | |

**NOTICE OF ATTORNEY APPEARANCE**

**COMES NOW** the undersigned and notifies this Honorable Court that he accepts appointment as counsel for the Defendant, **BANKOLE BABJIDE BALOGUN**, in the above styled cause. The undersigned counsel further shows that he is a member in good standing of the Bar of this Court.

**RESPECTFULLY SUBMITTED** this 18TH day of April 2007.

                                          s/ William R. Blanchard
                                          **WILLIAM R. BLANCHARD (BLA029)**
                                          Blanchard Law Offices
                                          Post Office Box 746
                                          Montgomery, Alabama 36101-0746
                                          Office: (334) 269-9691
                                          Fax: (334) 263-4766
                                          bill@blanchardlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CR. NO.   2:07-CR-61-MHT** |
| | ) | |
| **ADELEKE OLUTUBOSUN TAIWO** | ) | |
| **and BANKOLE BABJIDE BALOGUN** | ) | |

## CERTIFICATE OF SERVICE

I, William R. Blanchard, do hereby certify that on April 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **AUSA Todd A. Brown**, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

s/ William R. Blanchard
BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax:    (334) 263-4766
(BLA029)