IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CR. NO.   **2:07-CR-0061-MHT** |
| ) | |
| **BANKOLE BABAJIDE BALOGUN** ) | |

**UNOPPOSED MOTION FOR DETENTION**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for the pretrial detention of the above-captioned defendant ("Balogun"). Counsel for both parties have discussed the pretrial detention of Balogun, and have agreed to Balogun's pretrial detention, as delineated below.

1. Eligibility of Cases. This case is eligible for a detention order because this case involves a serious risk that defendant will flee. In support thereof, the parties stipulate that an Immigration detainer is currently lodged against Balogun. Should Balogun be released on bond, Balogun would be released into the custody of Immigration authorities for purposes of beginning removal proceedings against him, which would likely result in Balogun's deportation in a very short period of time. If removed from the United States, Balogun would not be returned to the United States for prosecution on the instant charges. Thus, the United States would be unable to proceed in the instant matter.

2. Reason for Detention. This Court should detain Balogun because there are no conditions of release which will reasonably assure his appearance as required, so long as the Immigration detainer is in place. In that vein, the parties agree that Balogun should be detained in this matter pursuant to 18 U.S.C. § 3142, so long as the Immigration detainer remains in place. However, the

parties also understand that Balogun has retained an attorney for purposes of addressing his immigration issues. This attorney believes that there is a possibility that he may be able to have the Immigration detainer either removed or otherwise lifted. Thus, the parties agree that if Balogun's Immigration detainer is removed or otherwise lifted, Balogun could then be released on bond, with one of the conditions of that bond being that Balogun would be placed on electronic monitoring.

    3. Finally, the parties also agree that the detention issue may be reopened if either party, or this Court on its own, learns of information that was not known to exist as of the filing of this motion, that would have a material bearing on the pretrial detention of Balogun. See 18 U.S.C. § 3142(f).

    Respectfully submitted this the 19th day of April, 2007.

                                     LEURA G. CANARY
                                     United States Attorney

                                   /s/ Todd A. Brown
                                   TODD A. BROWN
                                   Assistant United States Attorney
                                   Post Office Box 197
                                   Montgomery, Alabama 36101-0197
                                   334.223.7280
                                   334.223.7135 fax
                                   todd.brown@usdoj.gov
                                   ASB-1901-O64T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CR. NO.  **2:07-CR-0061-MHT** |
| | ) |
| BANKOLE BABAJIDE BALOGUN | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: William R. Blanchard, Esq.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Todd A. Brown
    TODD A. BROWN
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334.223.7280
    334.223.7135 fax
    todd.brown@usdoj.gov
    ASB-1901-O64T