IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07cr61-MHT |
| | ) | |
| BANKOLE BABAJIDE BALOGUN | ) | |

## ORDER ON MOTION

On April 13, 2007, the defendant, BANKOLE BABAJIDE BALOGUN, filed a financial affidavit and made an ORAL MOTION to appoint counsel during the initial appearance. On April 18, 2007, Attorney William Rives Blanchard, Jr. filed a Notice of Attorney Appearance in behalf of the defendant.

Therefore, for good cause, it is

ORDERED that the ORAL MOTION to appoint counsel, is DENIED as MOOT.

DONE this 27th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE