**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE:
334 954-3600

April 27, 2007

## NOTICE OF CORRECTION

TO:         Counsel of Record

FROM:       Sheila Carnes, Deputy Clerk

SUBJECT:    April 27, 2007 Order (17)
            Cr No. 2:07cr61-MHT, USA v Bankole Babajide Balogun


PDF for docket entry #17 is attached.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07cr61-MHT |
| | ) | |
| BANKOLE BABAJIDE BALOGUN | ) | |

## ORDER ON MOTION

On April 13, 2007, the defendant, BANKOLE BABAJIDE BALOGUN, filed a financial affidavit and made an ORAL MOTION to appoint counsel during the initial appearance. On April 18, 2007, Attorney William Rives Blanchard, Jr. filed a Notice of Attorney Appearance in behalf of the defendant.

Therefore, for good cause, it is

ORDERED that the ORAL MOTION to appoint counsel, is DENIED as MOOT.

DONE this 27th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE