**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CR. NO.    2:07-CR-61-MHT** |
| ) | |
| **ADELEKE OLUTUBOSUN TAIWO** ) | |
| **and BANKOLE BABJIDE BALOGUN** ) | |

**UNOPPOSED MOTION FOR CONTINUANCE**

**COMES NOW** the Defendant**,** Bankole Babajide Balogun, by and through counsel of record and moves for a continuance of his trial date upon the following grounds:

1. The Defendant has been indicted for Bank Fraud under 18 U.S.C. § 1344, and his case is scheduled for the June 4, 2007, trial term.

2. The Defendant is a Nigerian national who entered the United States on a student visa, and is currently enrolled at Troy State University.

3. The Defendant is presently being detained in the custody of the U.S. Marshall's Office. The Department of Homeland Security Immigration Control and Enforcement (ICE) Agent has filed a detainer on the grounds that the Defendant's immigration status is being investigated. The Government and Defense Counsel have agreed for the Defendant to be detained in the custody of the Marshall pending some resolution of his immigration status to prevent deportation of the Defendant prior to any resolution of this case.

4. Defense counsel needs additional time to prepare in this case, especially given its relatively unfamiliar immigration aspects.

5. The Government is in agreement, and does not oppose this request for a continuance.

**RESPECTFULLY SUBMITTED** this 14th day of May 2007.

s/ William R. Blanchard
**WILLIAM R. BLANCHARD (BLA029)**
Blanchard Law Offices
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax: (334) 263-4766
bill@blanchardlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CR. NO.    2:07-CR-61-MHT** |
| | ) | |
| **ADELEKE OLUTUBOSUN TAIWO** | ) | |
| **and BANKOLE BABJIDE BALOGUN** | ) | |

### CERTIFICATE OF SERVICE

I, William R. Blanchard, do hereby certify that on May 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **AUSA Todd A. Brown**, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

    Respectfully submitted,

    s/ William R. Blanchard
    BLANCHARD LAW OFFICES
    505 South Perry Street
    Post Office Box 746
    Montgomery, Alabama 36101-0746
    Office: (334) 269-9691
    Fax:    (334) 263-4766
    (BLA029)