IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr61-MHT |
| BANKOLE BABJIDE BALOGUN | ) | |

ORDER

This cause is before the court on defendant Bankole Babjide Balogun's unopposed motion to continue. For the reasons set forth below, the court finds that jury selection and trial, now set for June 4, 2007, should be continued pursuant to 18 U.S.C. § 3161(h)(8).

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

Id. § 3161(c)(1).  The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."  Id. § 3161(h)(8)(A).  In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant ... reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  Id. § 3161(h)(8)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the

2

interest of the public and Balogun in a speedy trial. Although Balogun is currently in the custody of the United States Marshal Service awaiting trial in this case, the United States Immigration and Customs Enforcement has filed a detainer and Balogun has agreed to remain in custody pending resolution of his immigration status as well. Furthermore, the disposition of Balogun's case involves immigration-related issues with which defense counsel is unfamiliar and which require additional preparation time prior to trial. A continuance is warranted to provide defense counsel with additional time to prepare. The government does not oppose a continuance.

    Accordingly, it is ORDERED as follows:

    (1) Defendant Bankole Babjide Balogun's motion to continue trial (doc. no. 22) is granted.

    (2) The jury selection and trial, now set for June 4, 2007, are reset for September 17, 2007, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr.

United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 15th day of May, 2007.

                                              <u>/s/ Myron H. Thompson</u>
                                              **UNITED STATES DISTRICT JUDGE**