IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA**

      vs.                Case Number: 2:07-CR-00061-MHT-WC-2

**BANKOLE BABAJIDE BALOGUN**

## NOTICE OF APPEARANCE

TO:    CLERK, UNITED STATES DISTRICT COURT
         MIDDLE DISTRICT OF ALABAMA

    Please enter my appearance as counsel for the defendant BALOGUN in the above styled case.

                                          Respectfully submitted,

                                          */s/ M.V. Rasmussen*

                                          Michael V. Rasmussen
                                          Attorney for the defendant
                                          Bar Number: ASB-4235-A43M
                                          130 Inverness Plaza # 175
                                          Birmingham, AL 35242

                                          Telephone: (205) 401-8142
                                          E-mail: rasmussenlaw@charter.net

_____ Court Appointed

_____X_____ Retained

## CERTIFICATE OF SERVICE

   I hereby certify that on the above stated date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney.

                                 _____
Michael V. Rasmussen
Attorney for the defendant
Bar Number: ASB-4235-A43M
130 Inverness Plaza # 175
Birmingham, AL 35242

Telephone: (205) 401-8142
E-mail: rasmussenlaw@charter.net