**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

**UNITED STATES OF AMERICA**

          vs.                            Case Number: 2:07-CR-00061-MHT-WC-2

**BANKOLE BABAJIDE BALOGUN**

## MOTION TO SET EARLY NON-JURY TRIAL

Comes now the defendant, by and through his attorney, Michael V. Rasmussen, and moves the court to set an early non-jury trial for this case for the following reasons:

1.    The defendant is charged with one count of bank fraud, the result of allegedly depositing a fraudulent check into a bank account.

2.    The defendant was arrested on this charge on April 13, 2007, and has been in custody since, a total of over 3 months.

3.    The amount of the alleged loss is  $4,840.00. A preliminary calculation of the advisory sentencing range under the Sentencing Guidelines for this offense and this defendant indicates a custodial range of 0-6 months. USSG section 2B1.1.

4.    The defendant is a foreigner here on a student visa.. Immigrations and Customs Enforcement has a hold on the defendant, and has proposed to deport him because he was allegedly "out of status" for a short period of time. (Although he progressed steadily in his course work and has excellent grades, he was unable to pay for a school term due to a family crisis).

WHEREFORE, it is in the defendant's interest, and the interest of justice, to try the case before the time currently set, and to proceed with sentence quickly if convicted, and deportation proceedings if not. To assist the court in accommodating this, the defendant is prepared to waive his right to a jury trial and to try the case before a United States District Court Judge as the trier of fact. This will also help shield the defendant from possible prejudice due to the fact that he is a

foreigner.

Respectfully submitted,

_M.V. Rasmussen_

_____
Michael V. Rasmussen
Attorney for the defendant
Bar Number: ASB-4235-A43M
130 Inverness Plaza # 175
Birmingham, AL 35242

Telephone: (205) 401-8142
E-mail: rasmussenlaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that on the above stated date, I electronically filed the foregoing
with the Clerk of the Court using the CM/ECF system which will send notification of such filing
to the United States Attorney.

_M.V. Rasmussen_

_____
Michael V. Rasmussen
Attorney for the defendant
Bar Number: ASB-4235-A43M
130 Inverness Plaza # 175
Birmingham, AL 35242

Telephone: (205) 401-8142
E-mail: rasmussenlaw@charter.net