IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07-cr-61-MHT |
| | ) | |
| ADELEKE OLUTUBOSUN TAIWO | ) | |
| BANKOLE BABAJIDE BALOGUN | ) | |

**UNITED STATES' MOTION TO SUBSTITUTE COUNSEL**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Christopher A. Snyder, as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Todd A. Brown.

Respectfully submitted this the 24th of July, 2007.

          LEURA G. CANARY
          UNITED STATES ATTORNEY


          /s/ Christopher A. Snyder
          CHRISTOPHER A. SNYDER
          Assistant United States Attorney
          131 Clayton Street
          Montgomery, Alabama 36104
          334.223.7280
          334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO. 2:07-cr-61-MHT |
| ) | |
| ADELEKE OLUTUBOSUN TAIWO ) | |
| BANKOLE BABAJIDE BALOGUN ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax