IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>    v.                        )<br>  )<br>ADELEKE OLUTUBOSUN TAIWO )<br>BANKOLE BABAJIDE BALOGUN   ) | CRIMINAL ACTION NO.<br>  2:07cr61-MHT |

## ORDER

It is ORDERED that the motion to substitute counsel (Doc. No. 28) is granted.

DONE, this the 25th day of July, 2007.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE