IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) |   2:07cr61-MHT |
| BANKOLE BABAJIDE BALOGUN | ) | |

ORDER

It is ORDERED that defendant Bankole Babajide Balogun's motion to set an early non-jury trial (doc. no. 27) is set for submission, without oral argument, on August 8, 2007, with all briefs and evidentiary materials due by said date.

DONE, this the 25th day of July, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE