**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CR. NO. 2:07-CR-61-MHT** |
| ) | |
| **ADELEKE OLUTUBOSUN TAIWO** ) | |
| **and BANKOLE BABJIDE BALOGUN** ) | |

**MOTION TO WITHDRAW**

**COMES NOW** the undersigned retained counsel for the Defendant and moves this Honorable Court to grant this Motion to Withdraw on the following grounds:

1. The undersigned counsel was retained by the Defendant and his family to represent the Defendant in the above styled cause.

2. The Defendant has since that time retained the services of Michael V. Rasmussen, Attorney at Law to represent him in the above referenced cause, and Mr. Rasmussen has filed an appearance on behalf of Mr. Balogun.

**WHEREFORE**, the above premises considered, the undersigned counsel of record for the Defendant moves this Honorable Court to allow him to withdraw as counsel for the Defendant.

**RESPECTFULLY SUBMITTED** this 25th day of July 2007.

s/ William R. Blanchard
**WILLIAM R. BLANCHARD (BLA029)**
Blanchard Law Offices
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax: (334) 263-4766
bill@blanchardlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | CR. NO.    2:07-CR-61-MHT |
| | ) | |
| **ADELEKE OLUTUBOSUN TAIWO** | ) | |
| **and BANKOLE BABJIDE BALOGUN** | ) | |

**CERTIFICATE OF SERVICE**

I, William R. Blanchard, do hereby certify that on July 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **AUSA Chris Snyder**, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

                                                Respectfully submitted,

                                                s/ William R. Blanchard
                                                BLANCHARD LAW OFFICES
                                                505 South Perry Street
                                                Post Office Box 746
                                                Montgomery, Alabama 36101-0746
                                                Office: (334) 269-9691
                                                Fax:    (334) 263-4766
                                                (BLA029)