THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr61-MHT |
| BANKOLE BABAJIDE BALOGUN | ) | |

**ORDER ON MOTION**

On July 25, 2007, Attorney William R. Blanchard filed a motion (Doc. #33) to withdraw as counsel for Defendant, Bankole Babajide Balogun, who has retained other counsel. Defendant's new counsel has entered an appearance in this case (Doc. #36). Thus, upon consideration of the motion, and for good cause, it is

ORDERED that the motion (Doc. #33) is GRANTED.

DONE this 30th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE