IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr61-MHT |
| BANKOLE BABAJIDE BALOGUN | ) | |

ORDER

Now before the court is defendant Bankole Babajide Balogun's motion to set an early non-jury trial. Under Rule 23(a)(2) of the Federal Rules of Criminal Procedure, the government must consent to a non-jury trial. Here, the government has declared on the record that it does not consent to a non-jury trial.

Although courts have recognized that the government's consent would not be required in the rare case in which it would be impossible for the defendant to receive a fair trial before a jury, see Singer v. United States, 380 U.S. 24, 37-38 (1965); United States

**v. Benitez**, 741 F.2d 1312, 1316 (11th Cir. 1984), the court finds that this is not such a case.

Accordingly, it is ORDERED that defendant Bankole Babajide Balogun's motion to set an early non-jury trial (doc. no. 27) is denied.

DONE, this the 9th day of August, 2007.

                                              /s/ Myron H. Thompson  
                                             **UNITED STATES DISTRICT JUDGE**