IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:07cr61-MHT |
| | ) | |
| BANKOLE BABAJIDE BALOGUN | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for **August 28, 2007, at 10:30 a.m.,** in the above-styled case.

You are DIRECTED to produce the following named prisoner: **BANKOLE BABAJIDE BALOGUN** before the United States District Court at Courtroom 4B, on the 28th day of August, 2007, at 10:30 a.m..

DONE, this the 17th day of August, 2007.

Wallace Capel, Jr.
UNITED STATES MAGISTRATE JUDGE

By: _/s/ Carner_
        Deputy Clerk