IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr61-MHT |
| | ) | |
| ADELEKE OLUTUBOSUN TAIWO | ) | |
| BANKOLE BABAJIDE BALOGUN | ) | |

MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment heretofore filed on April 4, 2007, in the above styled cause, as to the defendants listed above, on the following grounds, to wit:

Superseding Indictment filed.

Respectfully submitted this the 17th day of August, 2007.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY


    /s/ Christopher A. Snyder
    CHRISTOPHER A. SNYDER
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr61-MHT |
| ) | |
| ADELEKE OLUTUBOSUN TAIWO ) | |
| BANKOLE BABAJIDE BALOGUN ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on August 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Christopher A. Snyder
    CHRISTOPHER A. SNYDER
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr61-MHT |
| ) | |
| ADELEKE OLUTUBOSUN TAIWO ) | |
| BANKOLE BABAJIDE BALOGUN ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Indictment filed on April 4, 2007, heretofore filed in the above styled cause, as to the defendants listed above, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this ___ day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on April 4, 2007, in the above styled cause, as to the defendants listed above.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135