IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr61-MHT |
| | ) | |
| ADELEKE OLUTUBOSUN TAIWO | ) | |
| BANKOLE BABAJIDE BALOGUN | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Indictment filed on April 4, 2007 (doc. no. 54), heretofore filed in the above styled cause, as to the defendants listed above, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE, this the 17th day of August, 2007.

　　　　　　　　　　　　　　　　　　　／s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE


DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on April 4, 2007, in the above styled cause, as to the defendants listed above.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　LEURA G. CANARY
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　　　/s/ Christopher A. Snyder
　　　　　　　　　　　　　　　　　CHRISTOPHER A. SNYDER
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　131 Clayton Street
　　　　　　　　　　　　　　　　　Montgomery, Alabama 36104
　　　　　　　　　　　　　　　　　Telephone: (334) 223-7280
　　　　　　　　　　　　　　　　　Fax: (334) 223-7135