IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
        v.                    )   CRIMINAL ACTION NO.
                              )     2:07cr61-MHT
BANKOLE BABJIDE BALOGUN,      )


ORDER

Upon consideration of the government's motion for continuance of trial (doc. no. 70), it is ORDERED that defendant Bankole Babjide Balogun show cause, if any there be, in writing by September 12, 2007, as to why said motion should not be granted.

The clerk of the court is DIRECTED to notify counsel for defendant Balogun of this order by telephone.

DONE, this the 10th day of September, 2007.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE