IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

      vs.                          Case Number: 2:07-CR-00061-MHT-WC-2

BANKOLE BABAJIDE BALOGUN

## DEFENDANT'S OPPOSITION TO
## GOVERNMENT'S MOTION FOR CONTINUANCE

Comes now the defendant, by and through his attorney, Michael V. Rasmussen, and OPPOSES the government's motion to continue the trial of his case for the following reasons:

1.  While the government asserts that the charges are complex, the indictment and the discovery provided to the defendant indicate that his part in the alleged offenses is relative minor and simple: On one occasion the defendant deposited what turned out to a be a false check into the bank account of another person; on perhaps four other occasions, packages ordered with stolen credit card information were sent to "Bankole Balogun," but to an address different than that of the defendant. Although there is a mountain of documents in the discovery, counsel has not noticed anything linking the defendant to any of the other transactions recited in the indictment.

2.  The defendant maintains he is innocent. He admits depositing the check into a friend's account, but that he did so openly, without knowledge that the check was false, and at the request of the friend. He also maintains that he did not have anything to do with ordering the packages, and that when he learned of the packages, he immediately notified the authorities.

3.     The defendant submits that the dollar amounts attributable to him under the Sentencing Guidelines if he were found guilty would lead to a Guidelines range of 0-6 months. He has already been in custody since April 13, 2007.  If he was acquitted, even in an early trial, he would already have been punished as if guilty.

WHEREFORE, the ends of justice require an earlier, not a later trial, and the defendant OPPOSES the motion to continue. To alleviate any burden on the government, the defendant renews his offer to try the case NON-JURY.

Respectfully submitted,

*/s/ M.V. Rasmussen*

Michael V. Rasmussen
Attorney for the defendant
Bar Number: ASB-4235-A43M
130 Inverness Plaza # 175
Birmingham, AL 35242

Telephone: (205) 401-8142
E-mail: rasmussenlaw@charter.net

## CERTIFICATE OF SERVICE

  I hereby certify that on the above stated date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney.

              _/s/ M.V. Rasmussen_

              _____
Michael V. Rasmussen
Attorney for the defendant
Bar Number: ASB-4235-A43M
130 Inverness Plaza # 175
Birmingham, AL 35242

Telephone: (205) 401-8142
E-mail: rasmussenlaw@charter.net