IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

       vs.                         Case Number: 2:07-CR-00061-MHT-WC-2

BANKOLE BABAJIDE BALOGUN

## DEFENDANT'S MOTION FOR THE PRODUCTION OF A WITNESS

Comes now the defendant, by and through his attorney, Michael V. Rasmussen, and moves the Court to ORDER the government to PRODUCE Adekeke Taiwo as a witness at the trial of this matter. This motion is made for the following reasons:

1. Mr. Taiwo is a co-defendant; he is set for a later trial.

2. Mr. Taiwo is in government custody, presently located at Montgomery City Jail.

3. On information and belief, Mr. Taiwo has asserted a willingness to testify for the defendant. Below is a copy of a statement signed by him.

4. Counsel has consulted with Mr. Taiwo's attorney on this matter.

I, Adeleke Olutubosun Taiwo. I'm currently locked up in Montgomery City Jail, being held on a Federal Indictment of Title 18, US Code, Section 2, Aiding and Abetting and 1344 bank fraud.

On February 24th, 2006, I was riding with my co-defendant, Bankole Babajide Balogun on our way to Montgomery to do some shopping. After shopping in Montgomery, I asked him to take me to the bank to deposit the "check in question". By knowing the check was counterfeit, I took advantage of his ignorance and asked him to deposit the check into my Regions Bank account while using the phone as an excuse (Important Call) not to deposit the check.

I swear today, July 28th of 2007 that he did not know the check was counterfeit.

The day 28th of July 2007

Affidavit by: ADELEKE OLUTUBOSUN TAIWO

CO-DEFENDANT: Bankole Babajide Balogun

WITNESS: Darryl Simpson
Darryl Simpson

Respectfully submitted,

*/s/ M.V. Rasmussen*

---

Michael V. Rasmussen
Attorney for the defendant
Bar Number: ASB-4235-A43M
130 Inverness Plaza # 175
Birmingham, AL 35242

Telephone: (205) 401-8142
E-mail: rasmussenlaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that on the above stated date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney.

*/s/ M.V. Rasmussen*

---

Michael V. Rasmussen
Attorney for the defendant
Bar Number: ASB-4235-A43M
130 Inverness Plaza # 175
Birmingham, AL 35242

Telephone: (205) 401-8142
E-mail: rasmussenlaw@charter.net