IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | CR NO. 2:07cr61-MHT-WC |
| ) | |
| BANKOLE BABAJIDE BALOGUN ) | |

## ORDER ON MOTION

Upon consideration of Defendant's Motion for the Production of a Witness (Doc. #73), filed on September 9, 2007, it is

ORDERED that the motion is DENIED. Defendant's motion seeks the production of a witness currently held in federal custody in Montgomery, Alabama. Thus, a motion to produce is inappropriate. Rather, the Court would point the Defendant to the Federal Rules of Criminal Procedure that relate to the subpoenaing of a witnesses for trial.

Done this 12th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE