IN THE UNITED STATES
DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

United States

v.

Balogun

2:07-CR-61-MHT

RECEIVED
2007 SEP 12 P 3:35
DEBRA P. HACKETT, CLK
MIDDLE DISTRICT ALA

PETITION FOR WRIT
AD TESTIFICANDUM

Comes now the defendant and petitions the court to issue a writ ad testificandum directing the United States Marshall to produce a prisoner in federal custody, Adeleke Taiwo, at the trial of this cause on September 17, 2007, or such later time as requested by counsel during said trial. This petition is based on the grounds cited in the defendant's Motion For Production of witness.

Respectfully submitted

Michael V. Rasmussen
Counsel for the defendant
ASB-4235-a43M
130 Inverness Plaza #175
Birmingham, AL 35242
205-401-8142

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_NORTHERN_ DIVISION

### CERTIFICATE OF SERVICE

I, _Michael V. Rasmussen_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _12th_ day of _September_ 20_07_ to:

_Counsel of record_

_9/12/07_
Date

_[signature]_
Signature