IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          CR NO. 2:07cr61-MHT-WC
                                  )
BANKOLE BABAJIDE BALOGUN          )

## ORDER ON MOTION

Upon consideration of Defendant's Petition for Writ Ad Testificandum (Doc. #77), filed on September 12, 2007, it is

ORDERED that the motion is GRANTED.  Defendant's motion seeks a writ to produce a witness currently held in federal custody in Montgomery, Alabama.  The Court notes that the issuance of a writ to the United States Marshals Service to produce a witness already in their custody is improper.  Thus, the Court will construe Defendant's Motion as a motion for the issuance of a subpoena pursuant to Rule 17 of the Federal Rules of Criminal Procedure.  Therefore, pursuant to this Order, the United States Marshals Service will make Adeleke Taiwo available to testify at Defendant's trial, currently set for September 17, 2007, before the Honorable Myron H. Thompson.

Done this 13th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE