IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CR. NO.   2:07-cr-61-MHT |
| ) | |
| **BANKOLE BABJIDE BALOGUN,** ) | |
|   a/k/a "Jay."   ) | |

## Unopposed Request for Trial Term Setting

The Government respectfully requests that the Court set this case for trial no earlier than Wednesday, September 19, 2007, which would be approximately second in the order of cases that are set for the Court's trial term beginning on September 17, 2007. The United States requests this relief for the following reasons:

1. This case will take approximately one and one half to two days to try. The Government has a conflict with a trial setting on Monday because on Tuesday, September 18, 2007, he has scheduled an emergency motion for stay and motion for revocation of a release order in front of the Hon. W. Keith Watkins at 3:00 p.m. on *United States v. Penton*, 2:07-cr-176-WKW (M.D. Ala. 2007). The case is complex and fact specific. Government counsel will need to be present for argument.

2. Counsel for the Government is also scheduled to try the case of *United States v. Aubrey Goodwin*, 2:06-cr-273-MHT (M.D. Ala 2007). Due to Government counsel's conflict, AUSA Louis Franklin and another prosecutor from the U.S. Attorney's

Office will try that case. The Goodwin case has several witnesses from outside of Montgomery scheduled to come to Montgomery to testify on Monday, September 17, 2007, and Tuesday, September 18, 2007, as well as one witness from Texas who has already made his travel reservations to come to Montgomery on Sunday, September 17, 2007.

     3.     The Government has spoken with Michael V. Rasmussen, counsel for Balogun, who advised that he does not object to the Government's request. He did, however, wish the Court to know that he had previously scheduled a continuing legal education seminar on Friday, September 21, 2007. The Government believes that if the Balogun trial is scheduled to go second with an expected start date of Wednesday, September 19, 2007, the trial would likely be concluded in advance of Friday the 21st.

Based on the facts stated above, the United States respectfully requests that the trial for this case be set second in the Court's order of cases.

Respectfully submitted this 13th day of September, 2007,

                                      LEURA G. CANARY  
                                      United States Attorney

                                      /s/ Christopher A. Snyder  
                                      CHRISTOPHER A. SNYDER  
                                      Assistant United States Attorney  
                                      131 Clayton Street  
                                      Montgomery, AL 36104  
                                      Phone: (334) 223-7280  
                                      Fax: (334) 223-7135  
                                      E-mail: christopher.a.snyder@usdoj.gov

## Certificate of Service

I hereby certify that on September 13, 2007, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney