IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr61-MHT |
| BANKOLE BABAJIDE BALOGUN | ) | |

### ORDER

It is ORDERED that the request for trial setting (Doc. No. 85) is granted to the extent that this case will be tried second, with the jury selection still on Monday, September 17, 2007, at 10:00 a.m.

DONE, this the 14th day of September, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE