RECEIVED
2007 SEP 17 A 11:25
DEBRA P. HACKETT, CLK

### In the United States District Court for the Middle District of Alabama

**UNITED STATES OF AMERICA,**

    Plaintiff,

*vs.*                                                                                   Docket No. 2:07-CR-61-MHT.

**BANKOLE BAAJIDE BALOGUN,**

    Defendant.

### Motion for Protective Order

**TO THE HONORABLE MYRON THOMPSON, JUDGE:**

    Comes now **UNITED BANK, INC.**, a West Virginia banking corporation, and **BELINDA SKIDMORE**, its employee, by **RICHARD A. HAYHURST**, a member of the West Virginia State Bar and *not* a member of the bar of the State of Alabama, but a member of the Bar of the United States Court of Appeals for the (Old) Fifth Circuit, and moves this Court for entry of an order of protection against a **SUBPOENA IN A CRIMINAL CASE** issued on September 13, 2007, and sent by facsimile to United Bank, Inc., at its offices in Vienna, Wood County, West Virginia, at or about 3:50 P. M., Eastern Time, Friday, September 14, 2007, returnable to Montgomery, Alabama, at 10:00 A. M., on Monday, September 17, 2007, pursuant to *Fed.R.Crim.P.* 17(c)(2), for the following reasons and on the following grounds, to-wit:

I.

Vienna, West Virginia, is approximately 735 road miles, one way, from Montgomery, Alabama, and approximately 575 air miles separate the two cities.

II.

The delivery of the subpœna by facsimile does not satisfy the requirements of *Fed.R.Crim.P.* 17(d).

III.

The service of the subpœna within one hour of the cessation of business on one business day, returnable more than 500 air miles away at 10:00 A. M., the next business day, does not provide a reasonable time for compliance and is oppressive to the witness(es).

IIII.

As soon as undersigned counsel received the **SUBPOENA IN A CRIMINAL CASE**, he immediately sent a letter to the issuing counsel, **CHRISTOPHER A. SNYDER,** Esquire, Assistant United States Attorney, a true copy of which, along with evidence of facsimile transmission, is attached hereto as Exhibit A, incorporated herein and made a part hereof, and received no response thereto.  At 4:42 P. M., Eastern Time, Friday, September 14, 2007, he sent a facsimile message to the Victim/Witness Coordinator of this Court, **JACKIE VICKERS,** a true copy of which is likewise attached hereto as Exhibit B, incorporated herein and made a part hereof, and he received no response thereto.

V.

Both **UNITED BANK, INC.**, and **MS. SKIDMORE** are willing and eager to co-operate with the Government of the **UNITED STATES OF AMERICA** in this matter by giving a deposition or by appearing before this Honorable Court on reasonable notice and are willing to do anything the Court suggests to advance the cause of justice in these premises, even though United Bank, Inc., has not lost any sum of money or property by virtue of the conduct of the defendant herein.

𝔚𝔥𝔢𝔯𝔢𝔣𝔬𝔯𝔢, premises considered, **UNITED BANK, INC.**, and **BELINDA SKIDMORE** hereby respectfully pray that they be awarded protection against the **SUBPOENA IN A CRIMINAL CASE** sent to them by facsimile at about 3:50 o'clock, P. M., Friday, September 14, 2007, returnable to 10:00 o'clock, A. M., on Monday, September 17, 2007, and for such other and further relief as to their case may seem proper.

_/s/ Richard A. Hayhurst_
**RICHARD A. HAYHURST**, West Virginia Bar No. 1648,
Counsel for Witnesses **UNITED BANK, INC.**, and **BELINDA SKIDMORE**,
Address:      414 Market Street, Post Office Box 86,
              Parkersburg, West Virginia 26102-0086,
Telephone:    {304} 422-1445,
Facsimile:    {304} 428-2674,
e-mail:       RAH@eurekanet.com

3

## Certificate of Service

  The undersigned counsel for the witnesses **UNITED BANK, INC.**, and **BELINDA SKIDMORE** hereby certifies that on the 15th day of September, 2007, he served the foregoing and hereto-appended **MOTION FOR PROTECTIVE ORDER** by depositing a true copy thereof in the facilities of the United States Postal Service, regular first-class postage prepaid, upon the plaintiff and upon the defendant **BANKOLE BABAJIDE BALOGUN** in envelopes addressed to their counsel of record at the addresses of said counsel last known to the undersigned, and by sending them true copies by facsimile at the facsimile addresses last known to the undersigned as set out below opposite his name, to-wit:

| Party: | Address: | Facsimile: |
|---|---|---|
| Plaintiff, **UNITED STATES OF AMERICA**, | **CHRISTOPHER A. SNYDER**, Esquire, Assistant United States Attorney, 131 Clayton Street, Montgomery, Alabama 36104. | {334} 223-7280 |
| Defendant **BANKOLE BABAJIDE BALOGUN**, | **MICHAEL V. RASMUSSEN**, Esquire, 4000 Somerset Rdg Birmingham, Alabama 35242-5893 | {205} 995-1094. |

/s/ *[signature]*
Counsel for Witnesses **UNITED BANK, INC.**, and **BELINDA SKIDMORE**

**RICHARD A. HAYHURST**
ATTORNEY AT LAW

POST OFFICE BOX 86
PARKERSBURG, WEST VIRGINIA 26102-0086

414 MARKET STREET

RICHARD A. HAYHURST
ANDREW C. WOOFTER, III

AREA CODE 304
TELEPHONE 422-1445
FACSIMILE 428-2674

September 14, 2007,
Our 36th Year.

Christopher A. Snyder, Esquire,
Assistant United States Attorney,
131 Clayton Street,
Montgomery, Alabama 36104.

**BY UNITED STATES POSTAL SERVICE
AND BY FACSIMILE – {336} 223-7560.**

Dear Mr. Snyder:

    *In re:*  United States of America *vs.* Balogun,
        *Case No. 2:07-CR-61-MHT.*

This office represents United Bank, Inc., a West Virginia banking corporation, successor by merger to United National Bank, formerly a national banking association, of 514 Market Street, Parkersburg, West Virginia.

At about 3:50 P. M., Eastern Time, today, an employee of our bankcard operations department, Belinda Skidmore, received a facsimile purporting to be a **SUBPOENA IN A CRIMINAL CASE** commanding her to be present in Montgomery, Alabama, next Monday, September 17, 2007, at 10:00 A. M., to testify on behalf of the United States of America. The requirements of *F.R.Crim.P.* 17(d) were not met by this means of attempted service. It would be impossible for Ms. Skidmore to be present in Alabama on such short notice.

The Bank is perfectly willing to coöperate with the Government on this matter even though the Bank has not lost a nickel on any credit card arrangement involving the defendant. Please advise how you want us to proceed. I will be present in my office for another hour, it being now 4:20 P. M., Friday, September 14, 2007.

                Yours very truly,

                Richard A. Hayhurst.

RAH/23.
cc:    United Bank, Inc.,
       Belinda Skidmore.

EXHIBIT A

**Subject:** United States of America vs. Balogun
**From:** "Richard A. Hayhurst" <rah@eurekanet.com>
**Date:** Fri, 14 Sep 2007 16:42:30 -0500
**To:** Jackie.Vickers@usdoj.gov

Ms. Vickers, I sent the attached letter to Christopher A. Snyder as soon as the subpoena sent by facsimile to my client's employee arrived and I have received no answer. United Bank, Inc., is perfectly willing to assist the Government in any reasonable way possible, but it is not now possible to have Ms. Skidmore in Montgomery, Alabama, at 10A this coming Monday, with the only notice being within 1 hour of the end of business on the previous business day.

Please advise me before you go home tonight how you want the Bank and Ms. Skidmore to proceed.

Thank you for your help.

Richard A. Hayhurst,
Attorney at Law,
Parkersburg, WV

Richard A. Hayhurst, Attorney at Law, <RAH@eurekanet.com>

| | |
|---|---|
| **Balogun, Bankole adv. USA - Letter to AUSA re subpoena - 09.14.07.doc** | **Content-Type:** application/msword<br>**Content-Encoding:** base64 |

| HP LaserJet 3100 Printer/Fax/Copier/Scanner | SEND CONFIRMATION REPORT for Hayhurst Law Offices 3044282674 Sep-14-07  4:37PM |
|---|---|

| Job | Start Time | Usage | Phone Number or ID | Type | Pages | Mode | Status |
|---|---|---|---|---|---|---|---|
| 774 | 9/14 4:37PM | 0'25" | 3342237560 | Send............. | 1/ 1 | EC144 | Completed........................... |
|  | Total | 0'25" | Pages Sent: 1 | Pages Printed: 0 | | | |

**RICHARD A. HAYHURST**
ATTORNEY AT LAW
POST OFFICE BOX 86
PARKERSBURG, WEST VIRGINIA 26102-0086

RICHARD A. HAYHURST
ANDREW C. WOOFTER, III

414 MARKET STREET

AREA CODE 304
TELEPHONE 422-1445
FACSIMILE 428-2674

September 14, 2007,
*Our 36th Year.*

Christopher A. Snyder, Esquire,
Assistant United States Attorney,
131 Clayton Street,
Montgomery, Alabama 36104.

Dear Mr. Snyder:

**BY UNITED STATES POSTAL SERVICE
AND BY FACSIMILE – (336) 223-7560.**

In re: United States of America vs. Balogun,
Case No. 2:07-CR-61-MHT.

This office represents United Bank, Inc., a West Virginia banking corporation, successor by merger to United National Bank, formerly a national banking association, of 514 Market Street, Parkersburg, West Virginia.

At about 3:50 P. M., Eastern Time, today, an employee of our bankcard operations department, Belinda Skidmore, received a facsimile purporting to be a **SUBPOENA IN A CRIMINAL CASE** commanding her to be present in Montgomery, Alabama, next Monday, September 17, 2007, at 10:00 A. M., to testify on behalf of the United States of America. The requirements of *F.R.Crim.P.* 17(d) were not met by this means of attempted service. It would be impossible for Ms. Skidmore to be present in Alabama on such short notice.

The Bank is perfectly willing to coöperate with the Government on this matter even though the Bank has not lost a nickel on any credit card arrangement involving the defendant. Please advise how you want us to proceed. I will be present in my office for another hour, it being now 4:20 P. M., Friday, September 14, 2007.

Yours very truly,

Richard A. Hayhurst.

RAH/23.
cc:   United Bank, Inc.,
      Belinda Skidmore.