# In the United States District Court for the Middle District of Alabama

**UNITED STATES OF AMERICA,**

    Plaintiff,

*vs.*                                                  Docket No. 2:07-CR-61-MHT.

**BANKOLE BAAJIDE BALOGUN,**

    Defendant.

## Motion for Limited *Pro Hac Vice* Admission and for Withdrawal of Motion for Protective Order

**TO THE HONORABLE MYRON THOMPSON, JUDGE:**

And again come **UNITED BANK, INC.**, a West Virginia banking corporation, and **BELINDA SKIDMORE**, its employee, by **RICHARD A. HAYHURST**, their counsel, and move the Court for relief as follows:

I.

For limited admission *pro hac vice* of the said **RICHARD A. HAYHURST**, who appeared for the sole purpose of filing a **MOTION FOR PROTECTIVE ORDER** on their behalf, and for the prosecution of this motion; and

II.

For withdrawal of the **MOTION FOR PROTECTIVE ORDER** inasmuch as the **UNITED STATES OF AMERICA**, acting through the Office of the United States Attorney for this

District, has agreed with undersigned counsel that (a) another individual with knowledge other than **BELINDA SKIDMORE** may appear and testify as to the knowledge of **UNITED BANK, INC.**, and (b) that such witness may appear on Wednesday, September 19, 2007, at 10:00 o'clock, A. M., before this Honorable Court.

In support of the first branch of this motion, the witness(es) were presented with a **SUBPŒNA IN A CRIMINAL CASE** by facsimile at 3:50 o'clock, P. M., on Friday, September 14, 2007, commanding the appearance of a witness before this Court on Monday, September 17, 2007 at 10:00 A. M., and the witness(es) had no time to seek or obtain resident counsel regularly admitted to practice before this Honorable Court, and the witness(es)' attempts to resolve the question of identity and timing of appearance through the Office of the United States Attorney and the Victim/Witness Coördinator for this Honorable Court were fruitless on Friday, September 14, 2007, the witness(es) turned to undersigned counsel for assistance. Undersigned counsel is a member in good standing of the West Virginia State Bar and of the Supreme Court of the United States, as well as several Courts of Appeals, including the (Old) Fifth Circuit, and both District Courts in the State of West Virginia. He is neither an expert in criminal law or criminal procedure nor a member of the Bar of the State of Alabama or admitted to practice regularly before this Honorable Court. In view of the emergent and exigent circumstances, he undertook to research the issues raised by the last-minute receipt of the **SUBPŒNA IN A CRIMINAL CASE** to the extent that his research facilities permitted so that the questions of validity of service and timing for appearance of the witness(es) could be placed before this Honorable Court in an orderly fashion and tendered the **<u>MOTION FOR PROTECTIVE</u>**

**ORDER** to this Honorable Court for receipt on the return day of said **SUBPŒNA IN A CRIMINAL CASE.**

Undersigned counsel has never appeared in this Honorable Court on any prior occasion, nor in any other United States District Court in the State of Alabama or in any court of the State of Alabama and does not seek admission to practice generally in any of such courts, but acknowledges that his appearance herein subjects him to the general rules of practice binding on attorneys at law admitted to practice in this Court, including the ethical rules and precepts used by attorneys at law in the State of Alabama and by attorneys at law admitted to practice in this Court and he agrees to abide by them. The witness(es) and undersigned counsel also request that hey be relieved of the obligation of association of resident counsel due to the special circumstances presented by the **MOTION FOR PROTECTIVE ORDER** and this motion, in the interests of economy.

Due to the circumstances then presented, the witness(es) and undersigned counsel respectfully request that the undersigned counsel be admitted to this Court pro hac vice for the sole and only purpose of filing the **MOTION FOR PROTECTIVE ORDER** and this pleading and for no other purpose.

As for the second branch of this motion, on Monday, September 17, 2007, in the afternoon hours of said day, undersigned counsel for the witness(es) received a telephone call from **CHRISTOPHER A. SNYDER** and two other Assistant United States Attorneys whose names the undersigned counsel did not record and does not remember, during which telephone call it was agreed that United Bank, Inc., could provide a witness with knowledge of the facts and

3

circumstances of this case other than **BELINDA SKIDMORE** (who has an acute fear of flying and does not routinely fly on airplanes) and that such witness could testify on Wednesday, September 19, 2007. Arrangements have been made for **BETH CANTWELL**, another employee of United Bank, Inc., in the Bankcard Administration Department of **UNITED BANK, INC.**, with knowledge of the facts and circumstances similar, if not identical to, that of **BELINDA SKIDMORE**, to travel to Montgomery, Alabama, on Tuesday, September 18, 2007, for testimony on Wednesday, September 19, 2007, and Ms. Cantwell is en route as this motion is signed. Accordingly, the issues raised by the **MOTION FOR PROTECTIVE ORDER** seem to be moot.

Wherefore, premises considered, **UNITED BANK, INC.**, and **BELINDA SKIDMORE** and **RICHARD A. HAYHURST**, their counsel, respectfully pray that the said **RICHARD A. HAYHURST** be granted limited *pro hac vice* privileges before this Honorable Court and that the **MOTION FOR PROTECTIVE ORDER** heretofore filed by them be ordered withdrawn as moot.

_/s/ Richard A. Hayhurst_
**RICHARD A. HAYHURST**, West Virginia Bar No. 1648,
Counsel for Witnesses **UNITED BANK, INC.**, and **BELINDA SKIDMORE**,
Address:    414 Market Street, Post Office Box 86,
            Parkersburg, West Virginia 26102-0086,
Telephone:  {304} 422-1445,
Facsimile:  {304} 428-2674,
e-mail:     RAH@eurekanet.com

## Certificate of Service

    The undersigned counsel for the witnesses **UNITED BANK, INC.**, and **BELINDA SKIDMORE** hereby certifies that on the 18th day of September, 2007, he served the foregoing and hereto-appended **MOTION FOR LIMITED *PRO HAC VICE* ADMISSION AND FOR WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER** by depositing a true copy thereof in the faci-lities of the United States Postal Service, regular first-class postage prepaid, upon the plaintiff and upon the defendant **BANKOLE BABAJIDE BALOGUN** in envelopes ad-dressed to their counsel of record at the addresses of said counsel last known to the undersigned, and by sending them true copies by facsimile at the facsimile addresses last known to the undersigned as set out below opposite his name, to-wit:

| **Party:** | **Address:** | **Facsimile:** |
|---|---|---|
| Plaintiff, **UNITED STATES OF AMERICA,** | **CHRISTOPHER A. SNYDER,** Esquire, Assistant United States Attorney, 131 Clayton Street, Montgomery, Alabama 36104. | {334} 223-7280 |
| Defendant **BANKOLE BABAJIDE BALOGUN,** | **MICHAEL V. RASMUSSEN,** Esquire, 4000 Somerset Rdg Birmingham, Alabama 35242-5893 | {205} 995-1094. |

_____
Counsel for Witnesses **UNITED BANK, INC.**, and **BELINDA SKIDMORE**

5

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000490
Cashier ID: brobinso
Transaction Date: 09/19/2007
Payer Name: RICHARD HAYHURST
--------------------------------
PRO HOC VICE
 For: RICHARD HAYHURST
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
--------------------------------
CHECK
 Check/Money Order Num: 12382
 Amt Tendered:   $20.00
--------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:      $0.00

PHV FOR RICHARD HAYHURST 2:07CV61
```