IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr61-MHT |
| BANKOLE BABAJIDE BALOGUN | ) | |

## ORDER

It is ORDERED as follows:

(1) The motion for admission pro hac vice (Doc. No. 90) is granted.

(2) The motion to withdraw (Doc. No. 90) is granted.

(3) The motion for a protective order (Doc. No. 89) is withdrawn.

DONE, this the 19th day of September, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE