AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

## CERTIFICATE OF GOOD STANDING

I, **TERESA L. DEPPNER**, Clerk of this Court,

certify that **Richard A. Hayhurst**, Bar # **1648**,

was duly admitted to practice in this Court on

**October 18, 1972**, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at **Parkersburg, WV** on **September 19, 2007**.
LOCATION                                      DATE

**TERESA L. DEPPNER**
CLERK

*DEPUTY CLERK*