IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL ACTION NO. |
| ) | 2:07cr61-MHT |
| BANKOLE BABAJIDE BALOGUN ) | |

VERDICT

As to the charge in Count 1 of the indictment, we, the jury, find the defendant, Bankole Babajide Balogun,

_____ NOT GUILTY

\_\_\_✓\_\_\_\_\_ GUILTY

As to the charge in Count 3 of the indictment, we, the jury, find the defendant, Bankole Babajide Balogun:

_____ NOT GUILTY

\_\_\_✓\_\_\_\_\_ GUILTY

As to the charge in Count 5 of the indictment, we, the jury, find the defendant, Bankole Babajide Balogun:

_____✓_____ NOT GUILTY

_____ GUILTY

DONE, this the 21 day of September, 2007.

_____
FOREPERSON