**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MYRON H. THOMPSON,  JUDGE        AT  MONTGOMERY,  ALABAMA

DATE COMMENCED September 17, 2007        AT  9:00  A.M./P.M.

DATE COMPLETED September 21, 2007        AT  7:10  A.M./P.M.

UNITED STATES OF AMERICA        )
                                )
        v                       )        CR NO 2:07cr61-MHT
                                )
BANKOLE BABAJIDE BALOGUN        )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Stephen Feaga | X | Atty Michael V. Rasmussen |
| AUSA Christopher Snyder | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Melanie Hirsch, | Anthony Green, | Mitchell Reisner, Risa Entrekin |
|---|---|---|
| Law Clerk | Courtroom Deputy | Court Reporters |

JURORS

1.  Karen H. Miller                    7.  Michael Hunter Humphery
2.  Linnie K. Prince                   8.  Hubert Ray Bryan
3.  Kimberly Dawn Zinn (Excused 9/18/07)  9.  Irma J. Rogers
4.  Terry Lee Brewer                   10.  Ivory Joyce Roundtree
5.  Luther Wayne Jones                 11.  Barbara Lee Edmonson
6.  John Edward Stallworth             12.  Tammy Lynn Cade

ALTERNATES

13.  Sandra M. Crossley               14.  Benny Caldwell, Jr.

## JURY SELECTION/TRIAL

| | |
|---|---|
| 10:20 a.m. | Court convened. Multiple voir dire begun (Cr Nos. 2:06cr273-MHT USA v Goodwin; **2:07cr61-MHT, USA v Balogun**) Jury Selection held. |
| 11:15 a.m. | On the record conference with attorneys regarding juror #44 leaving court room. Counsels response, Court excuses juror #44. |
| 11:18 a.m. | Jury Selection continues. |
| 12:00 a.m. | Jury seated and excused until 9:00 a.m., 9/19/2007. |

**9/19/2007**
**MINUTES**
**JURY TRIAL COMMENCING ON 9/19/2007 BEFORE JUDGE MYRON H. THOMPSON**
**CR. 2:07cr61-MHT, USA vs. BANKOLE BABAJIDE BALOGUN**

| | |
|---|---|
| 9:00 a.m. | Trial commenced. Dft's counsel statements regarding exhibits witnesses and defendant's attire. No objection from Government for defendant changing attire. Witnesses (present) sworn. Witness Rule invoked. Defendant's objection to statements government intends to use not provided to counsel prior to day of trial. Arguments regarding discovery order. Objection sustained by Court. Jury sworn. Court's preliminary instructions to jury. |
| 9:30 a.m. | Government's opening statements (15 mins). |
| 9:45 a.m. | Defendant's opening statements (10 mins). |
| 9:55 a.m. | Government's evidence commenced. |
| 10:23 a.m. | Recess. |
| 11:08 a.m. | Government's evidence continues. |
| 11:25 a.m. | Recess. |
| 11:37 a.m. | Government's evidence continues. |
| 12:10 p.m | Jury excused until 1:30 p.m. |
| 1:45 p.m. | Government's evidence continues. |
| 2:25 p.m. | Jury excused. Arguments re Statement from Dft. Taiwo. |
| 2:35 p.m. | Recess. |
| 2:45 p.m. | Government evidence continues. Parties statements regarding Taiwo's attorney's and Taiwo's testimony. Richard White attorney for co-defendant Taiwo's statements regarding his status regarding his attorney's testimony. |
| 2:53 p.m. | Jury seated. Government's evidence continues. |
| 4:03 p.m. | Recess until 9:00 a.m. 9/20/2007. |

**9/20/2007**

| | |
|---|---|
| 9:08 a.m. | Court reconvenes. Government's evidence continues. |
| 9:23 a.m. | Jury Excused. Arguments regarding Defendant's Statement Exhibit #22. Government objects to admission of Defendant's Exhibit #22. |
| 9:35 a.m. | Jury Seated. Government's evidence continues. |
| 9:50 a.m. | Recess. |
| 10:25 a.m. | Oral Arguments heard re Defendant's Statement Exhibit #22. Court finds statement admissible, objection overruled. |
| 10:35 a.m. | Jury seated. Government's evidence continued. |
| 11:00 a.m. | Jury excused; Recess. |
| 11:03 a.m. | Oral arguments re Defendant's Objection to Government's Exhibit #30. Objection sustained. |
| 11:20 a.m. | Jury Seated; Government's evidence continues. |
| 11:40 a.m. | Jury excused until 11:40 a.m. Defendant's statements regarding Government's examination of witness Miles. |
| 11:45 a.m. | Recess until 1:00 p.m. |
| 1:10 p.m. | Government's evidence continues. |
| 2:20 p.m. | Jury Excused. Defendant's objection to Government's witness :Troy University Registrar. Defendant withdraws objection to witness. Defendant's objection to Government's ICE agent |

**9/20/2007**
**MINUTES**
**JURY TRIAL COMMENCING ON 9/19/2007 BEFORE JUDGE MYRON H. THOMPSON**
**CR. 2:07cr61-MHT, USA vs. BANKOLE BABAJIDE BALOGUN**


|  |  |
|--|--|
|  | witness. |
| 2:30 p.m. | Recess |
| 3:07 p.m. | Government's evidence continues. |
| 4:15 p.m. | Jury excused. Arguments re Tynan statements. |
| 4:20 p.m. | Government rests. Defendant's **ORAL MOTION** for Judgment of Acquittal. **ORAL ORDER** denying Oral Motion for Judgment of Acquittal. |
| 4:25 p.m. | Jury seated. Defendant's evidence commenced. |
| 4:50 p.m. | Jury excused until 9:30 p.m. 9/21/2007. Defendant's proffer. |
| 4:55 p.m. | Recess until 8:30 a.m. 9/21/07. |

**9/21/2007**

|  |  |
|--|--|
| 8:38 a.m. | Court reconvenes. Defendant's withdraws Exhibit #16. Court withdraws Exhibit #16. Parties statements regarding testimony of defendant witness Nwosu. Government withdraws objection to testimony of defendant witness Nwosu. |
| 8:50 a.m. | Recess. |
| 8:53 a.m. | Court reconvened. Defendant's request for ex-parte conference; Ex parte conference regarding testimony of previous witness. |
| 8:55 a.m. | Defendant's statements regarding defendant witness Taiwo. Attorney Richard White counsel for defendant witness Taiwo present at proceeding. Defendant Taiwo advised of 5th amendment rights. Defendant waives right not to testify. Court finds defendant competent to waive right not to testify. |
| 9:20 a.m. | Recess. |
| 9:35 a.m. | Jury seated. Defendant's evidence continues. |
| 9:42 a.m. | On the record conference regarding status of defendant witness Chapitah. |
| 9:50 a.m. | Defendant's evidence continues. |
| 10:00 a.m. | Jury excused. Arguments regarding government exhibit #40. |
| 10:05 a.m. | Recess. |
| 10:30 a.m. | Court reconvenes. Court advised that Defendant Balogun intends to testify. Defendant's counsel advises dft. Balogun not to testify. Court advises defendant of his right not to testify. Court finds defendant competent to waive his right not to testify. |
| 10:32 a.m. | Jury seated; defendant's evidence continues. |
| 11:50 a.m. | Jury excused until 1:00 p.m. Government's discussion regarding admission of Exhibit #30. Arguments heard. Objection sustained re Government Exhibit #30. |
| 11:58 p.m. | Recess until 1:00 p.m. |
| 1:02 p.m. | Defendant's evidence continues. |
| 1:12 p.m. | Defendant rests. Defendant's **RENEWED ORAL MOTION** for Judgment for Acquittal. **ORAL ORDER** denying oral motion for judgment for acquittal. Defendant request indictment be |

**9/21/2007**
**MINUTES**
**JURY TRIAL COMMENCING ON 9/19/2007 BEFORE JUDGE MYRON H. THOMPSON**
**CR. 2:07cr61-MHT, USA vs. BANKOLE BABAJIDE BALOGUN**

|  |  |
|---|---|
| | redacted. Court advises that indictment will be redacted. |
| 1:15 p.m. | Recess |
| 1:40 p.m. | Charge conference; Parties objections and changes to jury charge stated on the record. Court's oral ruling on objections to jury charge, as stated on the record. |
| 2:22 p.m. | Jury seated. |
| 2:23 p.m. | Side bar with attorneys for Court's additional findings as to conspiracy charges. |
| 2:35 p.m. | Government's closing arguments (15 mins). |
| 2:50 p.m. | Defendant's closing arguments (28 mins). |
| 3:20 p.m. | Government's rebuttal (10 mins). |
| 3:30 p.m. | Recess. |
| 3:50 p.m | Jury charged. |
| | Jury excused. Defendant's objection to jury charge as stated on the record. Court's oral response to objection. No objections from the government; Jury seated; alternate excused. |
| 4:18 p.m. | Jury deliberations commenced. |
| 6:10 p.m. | Jury note. Court's response to jury note. |
| 6:18 p.m. | Jury deliberations continue. |
| 7:05 p.m. | JURY VERDICT of guilty as to counts 1 and 3 and not guilty as to count 5. |
| | Jury polled and discharged. |
| | Defendant adjudicated guilty; sentencing set for 12/3/2007; Defendant remanded. Defendant's **ORAL MOTION** to seal Exhibits 6-8, 10-14, and 17. **ORAL ORDER** granting motion to seal. Government's **ORAL MOTION** to seal exhibits 2B, 3-5, 6A, 7, 9, 10-14, 24-26A, 31, 32 and 34. **ORAL ORDER** granting oral to seal. |
| 7:10 a.m. | Court adjourned. |