IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

vs.    Case Number: 2:07-CR-00061-MHT-WC-2

BANKOLE BABAJIDE BALOGUN

## MOTION FOR AN EARLY SENTENCE

Comes now the defendant, by and through his attorney, Michael V. Rasmussen, and moves the court to set the sentencing of the defendant for a time earlier than the December, 2007 term. This motion is made for the following reasons:

1. The evidence at trial can be said to prove that the defendant was jointly involved with another defendant in a failed attempt to used a counterfeit $4,840 check to obtain funds of that amount or less from a bank.

2. Regardless of the scope of the indictment or the activities of other co-conspirators, Section 1B1.3 of the *Sentencing Guidelines* limits the conduct relevant of the defendant to any joint venture in which he personally participated. Thus, if other co-conspirators attempted to negotiate other checks, and he was not involved in those attempts, those attempts will not be considered conduct relevant to the defendant. See Application Note 2(c)(5) and (7).

3. The base offense level under Section 2B1.1 would be seven. Even if he is considered to have obstructed justice, and does not get a reduction for minor role, the offense level would be 9, suggesting a punishment range of from 4-10 months.

4. The defendant has already been in custody just over 5 months.

Respectfully submitted,

/s/ Michael V. Rasmussen

Michael V. Rasmussen
Attorney for the defendant
Bar Number: ASB-4235-A43M
130 Inverness Plaza # 175
Birmingham, AL 35242

Telephone: (205) 401-8142
E-mail: rasmussenlaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that on the above stated date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney.

/s/ Michael V. Rasmussen

Michael V. Rasmussen
Attorney for the defendant
Bar Number: ASB-4235-A43M
130 Inverness Plaza # 175
Birmingham, AL 35242

Telephone: (205) 401-8142
E-mail: rasmussenlaw@charter.net