IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

      vs.                              Case Number: 2:07-CR-00061-MHT-WC-2

BANKOLE BABAJIDE BALOGUN

## MOTION TO SEAL

Comes now the defendant, by and through his attorney, Michael V. Rasmussen, and moves the court to seal defense exhibits 18, 19, 21 and 23 on the grounds that they contain sensitive personal information.

                                                        Respectfully submitted,

                                              /s/ Michael V. Rasmussen

                                              Michael V. Rasmussen
                                              Attorney for the defendant
                                              Bar Number: ASB-4235-A43M
                                              130 Inverness Plaza # 175
                                              Birmingham, AL 35242

                                              Telephone: (205) 401-8142
                                              E-mail: rasmussenlaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that on the above stated date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney.

/s/ *Michael V. Rasmussen*

Michael V. Rasmussen
Attorney for the defendant
Bar Number: ASB-4235-A43M
130 Inverness Plaza # 175
Birmingham, AL 35242

Telephone: (205) 401-8142
E-mail: rasmussenlaw@charter.net