# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | CR. NO. 2:07-cr-61-MHT |
| ) | |
| **BANKOLE BABJIDE BALOGUN,** ) | |
| a/k/a "Jay."  ) | |
| ) | |

## GOVERNMENT MOTION TO SEAL ADDITIONAL TRIAL DOCUMENTS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court to seal the following additional Government Exhibits that were admitted during Defendant Balogun's trial: 2B, 3A, 8, 16, 18, 20, 22, 28, 33, and 35-39.

Respectfully submitted this 25th day of September, 2007,

           LEURA G. CANARY
           United States Attorney

           /s/ Christopher A. Snyder
           CHRISTOPHER A. SNYDER
           Assistant United States Attorney
           131 Clayton Street
           Montgomery, AL 36104
           Phone: (334) 223-7280
           Fax: (334) 223-7135
           E-mail: christopher.a.snyder@usdoj.gov

## Certificate of Service

I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Michael V. Rasmussen.

                                                  /s/ Christopher A. Snyder
                                                  CHRISTOPHER A. SNYDER
                                                  Assistant United States Attorney