IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr61-MHT |
| BANKOLE BABAJIDE BALOGUN | ) | |

### ORDER

Upon consideration of defendant Bankole Babajide Balogun's motion for an early sentence (Doc. No. 99), it is ORDERED that the government and probation show cause, if any there be, in writing by October 12, 2007, as to why said motion should not be granted.

DONE, this the 26th day of September, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE