IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr61-MHT |
| **BANKOLE BABAJIDE BALOGUN** | ) | |

<u>ORDER</u>

It is ORDERED that the motions to seal (Doc. Nos. 101 and 103) are granted.

DONE, this the 26th day of September, 2007.

　　　　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**