IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
   v. ) CRIMINAL ACTION NO.
)   2:07cr61-MHT
**BANKOLE BABAJIDE BALOGUN** )

<u>ORDER</u>

It is ORDERED that the motion to seal (Doc. No. 103) is granted.

DONE, this the 23rd day of October, 2007.

             <u>/s/ Myron H. Thompson</u>
            **UNITED STATES DISTRICT JUDGE**