IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **CRIMINAL ACTION NO.** |
| ) | **2:07cr61-MHT** |
| **BANKOLE BABAJIDE BALOGUN** ) | |

<u>ORDER</u>

It is ORDERED that the motion for new trial (Doc. No. 98) is denied.

DONE, this the 25th day of October, 2007.

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**