```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
     v.                       )   CRIMINAL ACTION NO.
                              )       2:07cr61-MHT
BANKOLE BABAJIDE BALOGUN      )
```

## ORDER

Because defense counsel asked for an almost three-week delay in scheduling the pre-sentence interview and because it appears likely that the sentencing range for defendant Bankole Babajide Balogun will not exceed his time in custody, it is ORDERED that defendant Bankole Babajide Balogun motion for an early sentence (Doc. No. 99) is denied.

DONE, this the 26th day of October, 2007.

```
                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE
```