IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr61-MHT |
| BANKOLE BABAJIDE BALOGUN | ) | |

## CORRECTED ORDER

Because defense counsel asked for an almost three-week delay in scheduling the pre-sentence interview and because it appears likely that the sentencing range for defendant Bankole Babajide Balogun <u>will</u> exceed his time in custody, it is ORDERED that defendant Bankole Babajide Balogun motion for an early sentence (Doc. No. 99) is denied.

DONE, this the 26th day of October, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE