IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr61-MHT |
| BANKOLE BABAJIDE BALOGUN | ) | |

## ORDER

It is ORDERED that the second motion for new trial (Doc. No. 167) is set for submission, without oral argument, on November 9, 2007, with all briefs due by said date.

DONE, this the 2nd day of November, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE