IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

        vs.                      Case Number: 2:07-CR-00061-MHT-WC-2

BANKOLE BABAJIDE BALOGUN

## MATERIALS IN SUPPORT OF
## SECOND MOTION FOR NEW TRIAL

Comes now the defendant, by and through his attorney, Michael V. Rasmussen, and requests the court to review the following documents in support of his motion for a new trial:

1. The Information filed by the government charging Mr. Akinyimi with obstruction of justice.

2. The plea agreement between the government and Mr. Akinyimi which discusses the statements Mr. Akinyimi made regarding Mr. Balogun.

                                    Respectfully submitted,

                                      */s/ M.V. Rasmussen*

                                    Michael V. Rasmussen
                                    Attorney for the defendant
                                    Bar Number: ASB-4235-A43M
                                    130 Inverness Plaza # 175
                                    Birmingham, AL 35242

                                    Telephone: (205) 401-8142
                                    E-mail: rasmussenlaw@charter.net

**CERTIFICATE OF SERVICE**

  I hereby certify that on the above stated date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney.

                 */s/ M.V. Rasmussen*

                 _____
                 Michael V. Rasmussen
                 Attorney for the defendant
                 Bar Number: ASB-4235-A43M
                 130 Inverness Plaza # 175
                 Birmingham, AL 35242

                 Telephone: (205) 401-8142
                 E-mail: rasmussenlaw@charter.net