**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 8, 2007

# NOTICE OF DEFICIENCY

**To:**  Michael V. Rasmussen

**From:**  Clerk's Office

**Case Style:**  USA vs. Bankole B. Balogun

**Case Number:**  2:07-cr-0061-MHT

**Referenced Pleading:**  Document #178
Second Motion for New Trial documents in support of

**A Notice of Deficiency has been filed in the above referenced case to reflect that the above referenced pleading was docketed in this case in error as a Motion. The document should have been filed as support documents to [167] Second Motion for New Trial filed on 10/31/07. The motion has been terminated.**