IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 2:07cr61-MHT |
| BANKOLE BABAJIDE BALOGUN ) | |

**ORDER**

Based on the agreement announced in open court on December 3, 2007, it is ORDERED that defendant Bankole Babajide Balogun's second motion for a new trial (Doc. No. 167) is withdrawn.

DONE, this the 3rd day of December, 2007.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**