IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:07-cr-61-MHT |
| | ) | |
| ERICK ASHANTI ANDREWS, ET AL | ) | |

**UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United

States Attorney James B. Perrine, who will be serving as additional counsel of record for the United

States in this matter.

Respectfully submitted this the 6th of March, 2008.


LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ James B. Perrine
JAMES B. PERRINE
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:07-cr-61-MHT |
| | ) | |
| ERICK ASHANTI ANDREWS, ET AL | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to all attorneys of

record.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ James B. Perrine
JAMES B. PERRINE
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135